FILED

005 NOV -3 P 4: 31

CLK. US DIST. COURT
... ...... CALIF



**Fax Cover Sheet**

Clerk's Office
Norfolk Division
Phone# (757) 222-7202
Fax#    (757) 222-7236

To:    Judge Snyder

From: Norfolk Clerk's Office

Total number of pages including cover sheet: 3

Document Description: Ricardo Bornales, III Order

5:05-mj-00095-TAG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
NOV - 3
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:05cr134

RICARDO BORNALES, III

### ORDER TO DETAIN PENDING REVIEW

Upon motion of the United States of America, by its counsel, for the review and stay of the release order for the above defendant entered by The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California on November 2, 2005 pursuant to 18 U.S.C. § 3145(a)(1) and 28 U.S.C. § 1651(a), it is hereby

ORDERED that a hearing on the government's motion for revocation of said release order be promptly docketed and heard in this Court as soon as the parties are able to so appear.

IT IS FURTHER ORDERED that the release order entered on November 2, 2005, by The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California, hereby is stayed pending the disposition of the government's motion for review of said release order in the Eastern District of Virginia. IT IS FURTHER ORDERED that the Clerk of the Court shall send by fascimile certified copies of this Order to The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California, the defendant's counsel and the attorneys for the government in the Eastern District of Virginia and in the Eastern District of California.

UNITED STATES DISTRICT JUDGE

November 3 2005
Norfolk, Virginia

Norfolk, Virginia

I ASK FOR THIS:

PAUL J. MCNULTY
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney



**United States Attorney**
**Eastern District of Virginia**
**8000 World Trade Center**
**101 West Main Street**
**Norfolk, Virginia 23510-1624**
**PHONE: 757/441-6331**
**FAX: 757/441-6689**

## FACSIMILE TRANSMITTAL COVER SHEET

**FROM: WYNESTER ASKIEW**

**ORGANIZATION: U.S. ATTORNEY'S OFFICE**

**PHONE: (757) 441-6331**

**TO:** The Honorable Sandra Snyder, United States Magistrate Judge  (559) 494-3920
**DATE:** November 3, 2005

**NUMBER OF PAGES:** __5__ (INCLUDING THIS COVER)

**COMMENTS:**
Re: RICARDO BORNALES, III

Note:   If you do not receive the total number of pages indicated, please call the sending individual listed above.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:05cr134

RICARDO BORNALES, III

## ORDER TO DETAIN PENDING REVIEW

Upon motion of the United States of America, by its counsel, for the review and stay of the release order for the above defendant entered by The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California on November 2, 2005 pursuant to 18 U.S.C. § 3145(a)(1) and 28 U.S.C. § 1651(a), it is hereby

ORDERED that a hearing on the government's motion for revocation of said release order be promptly docketed and heard in this Court as soon as the parties are able to so appear.

IT IS FURTHER ORDERED that the release order entered on November 2, 2005, by The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California, hereby is stayed pending the disposition of the government's motion for review of said release order in the Eastern District of Virginia.   IT IS FURTHER ORDERED that the Clerk of the Court shall send by fascimile certified copies of this Order to The Honorable Sandra Snyder, United States Magistrate Judge,Eastern District of California, the defendant's counsel and the attorneys for the government in the Eastern District of Virginia and in the Eastern District of California.

_____
UNITED STATES DISTRICT JUDGE

November  , 2005
Norfolk, Virginia

Norfolk, Virginia

I ASK FOR THIS:

PAUL J. MCNULTY
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                       CRIMINAL NO. 2:05cr134

RICARDO BORNALES, III

GOVERNMENT'S MOTION FOR
REVOCATION OF RELEASE ORDER PENDING DE NOVO REVIEW

The United States of America, by and through its attorneys, Paul J. McNulty, United States Attorney for the Eastern District of Virginia, and Laura M. Everhart, Assistant United States Attorney, moves this Court, having original jurisdiction over the offense charged, pursuant to 18 U.S.C. § 3145(a)(1), for a review of the release order entered by The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California, on November 2, 2005; and for the revocation of the said release order to reasonably assure the appearance of the above defendant as required and the safety of any other person and the community, as provided by 18 U.S.C. § 3142.

The United States represents that a warrant for the arrest of the defendant was issued by United States Magistrate Judge Stillman based on the indictment returned by the grand jury on September 30, 2005. The grand jury returned an indictment charging the defendant with involvement in a nationwide methamphetamine conspiracy as set forth in greater detail in the indictment. Such offenses clearly trigger a presumption that the defendant should be detained pending trial and accordingly we ask for the review of the release order for a defendant whose ties to this District are primarily unlawful in nature and purpose.

The United States further moves this Court for an Order staying said release order pending disposition of the government's motion for review. Such a stay will preserve this Court's jurisdiction and protect the integrity of its judicial process, in accordance with 28 U.S.C. § 1651(a); while any incremental harm to the defendant will

be minimized by a prompt determination of the government's motion for review, in accordance with 18 U.S.C. § 3145(a).

        Respectfully submitted,

        PAUL J. MCNULTY
        UNITED STATES ATTORNEY

By:     /s/ Laura M. Everhart
        Laura M. Everhart
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion will be sent by facsimile on this 3rd day of November, 2005, to the following counsel for the defendant:

Public Defenders Office, Eastern District of California

*[signature]*

(Insert name of Assistant)
Assistant United States Attorney



**Fax Cover Sheet**

Clerk's Office
Norfolk Division
Phone# (757) 222-7202
Fax#   (757) 222-7236

To:    Judge Snyder

From: Norfolk Clerk's Office

Total number of pages including cover sheet: 3

Document Description: Ricardo Bornales, III Order

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
NOV - 3
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:05cr134

RICARDO BORNALES, III

### ORDER TO DETAIN PENDING REVIEW

Upon motion of the United States of America, by its counsel, for the review and stay of the release order for the above defendant entered by The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California on November 2, 2005 pursuant to 18 U.S.C. § 3145(a)(1) and 28 U.S.C. § 1651(a), it is hereby

ORDERED that a hearing on the government's motion for revocation of said release order be promptly docketed and heard in this Court as soon as the parties are able to so appear.

IT IS FURTHER ORDERED that the release order entered on November 2, 2005, by The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California, hereby is stayed pending the disposition of the government's motion for review of said release order in the Eastern District of Virginia. IT IS FURTHER ORDERED that the Clerk of the Court shall send by fascimile certified copies of this Order to The Honorable Sandra Snyder, United States Magistrate Judge, Eastern District of California, the defendant's counsel and the attorneys for the government in the Eastern District of Virginia and in the Eastern District of California.

UNITED STATES DISTRICT JUDGE

November 3 2005
Norfolk, Virginia

Norfolk, Virginia

I ASK FOR THIS:

PAUL J. MCNULTY
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney

3